UNITED STATES DISTRICT COURT
EASTERN DIVISION OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:11-CR-250-1FL (2)

UNITED STATES OF AMERICA )
v. ) MOTION TO DISMISS
JOHN WILLIS MITCHELL )

> MOTION DENIED
> This 3rd day of July, 2012
> /s/Louise W. Flanagan
> LOUISE W. FLANAGAN
> United States District Judge

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes the defendant, John Willis Mitchell, pro se, pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and the legal authority set forth in the incorporated law, respectfully moves this Honorable Court to grant this motion to dismiss.

## I. JURISDICTION

1. The supreme laws of the United States and all other free national governments judicially upheld there can be no legal proceedings without the right order establishment of proper status and opposite jurisdiction. These two pillars of law must be in place and have precedence before the adjudication of all formal matters of lawful substance can be addressed. The United States District Court, Eastern District of North Carolina has jurisdiction in this case because it is where the events giving rise

(1)